UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHARNISE WALKER, on behalf of herself and all others similarly situated, </br></br>Plaintiff,</br></br>vs.</br></br>DISH ONE UP SATELLITE, INC.</br></br>Defendant. | CASE NO. 1:22-cv-00936</br></br>MAGISTRATE JUDGE JONATHAN D. GREENBERG</br></br>**ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |

THIS CAUSE having come before the Court on the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, including the Joint Stipulation of Settlement and Release ("Settlement" or "Agreement") and the Declaration of Plaintiffs' Counsel, and due cause appearing therefor, it is hereby ORDERED AND ADJUDGED as follows:

1. The Court hereby accepts and approves the proposed Settlement and holds that the proposed Settlement is a fair and reasonable settlement of a *bona fide* dispute.

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

3. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement, and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

4. The Court approves the Service Award Payment to the Representative Plaintiff in recognition of her services in the Action, and orders that such payment be made in the manner, and subject to the terms and conditions set forth in the Agreement.

5.  The above case is hereby DISMISSED WITH PREJUDICE; each Party to bear their own attorneys' fees and costs except as otherwise provided by the Settlement. All pending deadlines are stricken as moot. The Court shall retain jurisdiction to enforce the Settlement.

ORDERED this  10th  day of      December     , 2024

_____
JUDGE JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE